HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP
M. D. MOYE - 152871
333 Market Street, Suite 2300
San Francisco, California 94105-2173
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
mmoye@hansonbridgett.com

ANDREW P. KARAMOUZIS (AK 9332)
MORAN & D'ARCAMBAL
265 Sunrise Highway, Suite 61
Rockville Centre, New York 11570
Telephone:   (516) 678-6660
Facsimile:    (516) 678-6661

Attorneys for Defendants
24/7 Media, Inc., David Moore, Mark Moran and Megan Hurley

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BRIAN ANDERSON,<br><br>           Plaintiff,<br><br>     v.<br><br>24/7 MEDIA, INC., a Corporation; 24/7 AWARDS HOLDING CORP.; DAVID MOORE, an individual; MEGAN HURLEY, an individual; MARK MORAN, an individual; and DOES 1 through 100, inclusive,<br><br>           Defendants.<br><br>AND RELATED CROSS ACTION | No. C-0120726 JW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to these actions, by Defendants through their designated counsel and by Plaintiff *In Pro Per*, that the above-captioned action and related cross action be and hereby are dismissed in their entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) with respect to all parties.

-1-

```
 1
 2   DATED: June July 12, 2005            HANSON, BRIDGETT, MARCUS, VLAHOS &
                                          RUDY, LLP
 3
 4
                                          By: _____
 5                                            M. D. MOYE
                                              Attorneys for Defendants
 6                                            24/7 Media, Inc., David Moore, Mark Moran and
                                              Megan Hurley
 7
 8
     DATED: June __, 2005
 9
10
                                          By: _____
11                                            BRIAN ANDERSON, In Pro Per
12
13           PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.
14
15   DATED: 7/12/05                            /s/ James Ware
                                          HONORABLE JAMES WARE
16                                        United States District Court Judge
```

-2-

**PROOF OF SERVICE**

I, Ann D. Ghiorso, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled Anderson v. 24/7 Media, Inc.; that my business address is 333 Market Street, 21st Floor, San Francisco, California 94105-2173. On July 12, 2005, I served a true and accurate copy of the document(s) entitled:

**STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Brian Anderson
605 Larsen Road
Aptos, CA 95003
Email: Brian@stratos-systems.com

[X] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with (firm name)'s practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at (firm address). The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

[ ] (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

[ ] (By Telecopy Fax pursuant to Code of Civil Procedures section 1013.) I am readily familiar with (firm name)'s practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Ann D. Ghiorso*
Ann D. Ghiorso

Proof of Service by Mail
(Case #01-20726 JW)

1199199.1